### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOUIS D. CRAFT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-12-1052-R |
| | ) |
| CORRECTIONAL OFFICER NULL, et al., | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

Before the Court are the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered December 18, 2012 [Doc. No. 24] and Plaintiff's Objection to the Report and Recommendation filed January 18, 2013 [Doc. No. 30]. The Magistrate Judge recommended that Plaintiff's motion for a temporary injunction and a preliminary injunction [Doc. No. 3] (incorrectly cited as [Doc. No. 7] in the Report and Recommendation be denied because he had not established two of the factors necessary for the granting of such relief. Nothing in Plaintiff's Objection alters the conclusions, in which this Court concurs, that Plaintiff has failed to show a substantial likelihood of success on the merits and irreparable harm. As the Magistrate Judge indicated, Plaintiff has not even demonstrated that Defendants, who are correctional officers at a private prison, have any authority to determine where Plaintiff is confined. Nor has Plaintiff demonstrated that without injunctive relief there is a likelihood that he will be transferred back to Cimarron Correctional Facility.

In accordance with the foregoing, the Report and Recommendation of the Magistrate Judge [Doc. No. 24] is ADOPTED and Plaintiff's motion for a temporary injunction and a preliminary injunction [Doc. No. 3] is DENIED.

IT IS SO ORDERED this 22nd day of January, 2013.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE